UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR, TRUSTEES EDWIN L. CHRISTIAN, JOHN CRONIN, THOMAS D. GORDON, HUGH MANLEY, TYREEF BEVEL, JOHN F. O'HARE, WILLIAM TYSON and MICHAEL SALGO, and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER-FINANCIAL SECRETARY EDWIN L. CHRISTIAN

Plaintiffs,

- against -

TRANSIT CONSTRUCTION CORP.,

Defendant.

**ORDER**

25-CV-05236 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiffs initiated this action in June 2025 against Transit Construction Corp. ("Defendant"). (Doc. 1). On July 8, 2025, Defendant waived service. (Doc. 6). Defendant's waiver acknowledged that Defendant was required to file "an answer or motion under Rule 12 within 60 days from July 1, 2025." (*Id.*). The docket reflects that Defendant has not responded to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii) ("A defendant must serve an answer: . . . within 60 days after the request for a waiver was sent[.]"). There has been no activity on the docket since Plaintiffs filed an affirmation of service. (Doc. 6).

Accordingly, by October 14, 2025, Plaintiffs shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
September 30, 2025

_____
PHILIP M. HALPERN
United States District Judge